# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　Crim. No. 7:17-CR-158-1H

**HAROLD DWIGHT WOOTEN**

On April 18, 2017, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton　　　　　　　　　　　　/s/ John A. Cooper
Robert L. Thornton　　　　　　　　　　　　　　John A. Cooper
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　414 Chestnut Street, Suite 102
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, NC 28401-3958
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-679-2046
　　　　　　　　　　　　　　　　　　　　　　　Executed On: July 25, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 30th day of July, 2019.

Malcolm J. Howard
Senior U.S. District Judge